LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
State Bar No. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

* * * * * *

In re:                                  ) BANKRUPTCY NUMBER:
                                        ) BK-S-09-13250-BAM
ADRIAN FISHER &                         ) Chapter 13
MARY FISHER                             ) DATE: 9/28/2010
                                        ) TIME: 1:30 PM
                                        )
        Debtor(s).                      )
                                        )

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now, Randolph H. Goldberg, Esq., to Oppose the Motion for relief from automatic stay. Randolph H. Goldberg Esq.

In support of this opposition, Randolph H. Goldberg, Esq., states as follows:

A Motion for relief from automatic stay was filed by Wells Fargo. The debtor wants to do state mediation so that they may readjust there payment to the house so that it is more affordable to them. At the time of filing of the bankruptcy the debtor had already received a notice of default on their residence. The debtor asks the court to have a new notice of default issued so that they can apply for mediation. The original notice of default was recorded in 2008 when there was no mediation process. The debtor has been making plan payments and those payments would have gone towards the mortgage arrears.

The debtors pray the court grant them the opportunity to do mediation on their

residence and order the creditor to reissue a notice of default so the mediation can be applied for.

DATED this_____day of September , 2010.

                LAW OFFICES OF
                RANDOLPH H. GOLDBERG

                By /s/ Randolph H. Goldberg
                  RANDOLPH H. GOLDBERG, ESQ.
                  4000 S. Eastern
                  Ste. 200
                  Las Vegas, NV  89119
                  Attorney for Debtor

```
 1
 2  THE LAW OFFICES OF RANDOLPH H. GOLDBERG
    RANDOLPH H. GOLDBERG, ESQ.
 3  4000 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89119
 4  (702) 735-1500
    Attorney for Debtor
 5  Nevada State Bar no. 5970
```

6 UNITED STATES BANKRUPTCY COURT

7 DISTRICT OF NEVADA

8 * * * * * *

```
 9  In re:                        )    BANKRUPTCY NUMBER:
    ADRAIN FISHER   &             )    BK-S-09-13250-BAM
10  MARY FISHER                   )        Chapter 13
                                  )
11                                )    DATE: 9/28/2010
                                  )    TIME: 1:30 PM
12              Debtor.           )
    _____)
13
```

**CERTIFICATE OF FAX TRANSMISSION RE: OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, ADAM PARMELEE, hereby by certify that a copy of the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY, in the above-entitled case, was faxed by me on the 28TH day of SEPTEMBER 2010 by faxing copies thereof to the parties as follows:

**GREGORY L. WILDE**
208 S. JONES BLVD.
LAS VEGAS, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
bk@wildelaw.com

DATED this ___28TH  day of SEPTEMBER , 2010

/S/ ADAM PARMELEE
An Employee of
THE LAW OFFICE OF
RANDOLPH H. GOLDBERG, ESQ.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                      0599
DESTINATION TEL #             2588787
DESTINATION ID
ST. TIME                      09/28 09:26
TIME USE                      01'37
PAGES SENT                    3
RESULT                        OK
```

```
 1
 2  THE LAW OFFICES OF RANDOLPH H. GOLDBERG
    RANDOLPH H. GOLDBERG, ESQ.
 3  4000 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89119
 4  (702) 735-1500
    Attorney for Debtor
 5  Nevada State Bar no. 5970

 6            UNITED STATES BANKRUPTCY COURT

 7                 DISTRICT OF NEVADA

 8                  *  *  *  *  *  *

 9  In re:                      )
    ADRAIN FISHER     &         )   BANKRUPTCY NUMBER:
10  MARY FISHER                 )   BK-S-09-13250-BAM
                                )   Chapter 13
                                )
11                              )
                                )   DATE: 9/28/2010
                                )   TIME: 1:30 PM
12              Debtor.         )
                                )
13
        CERTIFICATE OF FAX TRANSMISSION RE: OPPOSITION TO MOTION FOR
14                   RELIEF FROM AUTOMATIC STAY

15      I, ADAM PARMELEE, hereby by certify that a copy of

16  the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY, in the
    above-entitled case, was faxed by me on the 28TH          day of
17  SEPTEMBER   2010 by faxing copies thereof to the parties as

18  follows:

19  GREGORY L. WILDE
    208 S. JONES BLVD.
20  LAS VEGAS, NV 89107
    (702) 258-8200
21  (702) 258-8787 (fax)
```